# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN FINNEGAN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:17-cv-05538-RS<br><br>**<u>CLASS ACTION</u>**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A)** |

Having read and considered the Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a), and good cause appearing therefor, the Court **GRANTS** the Parties' stipulation. Plaintiff's individual claims are dismissed with prejudice, and the class claims are dismissed without prejudice and without classwide notice. Because there has been no class certified in this action, the rights of the absent class members will not be affected, and the absent class members will suffer no prejudice as a result of this dismissal. Accordingly, no classwide notice to absent class members is required under Federal Rule of Civil Procedure 23(e).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 29, 2019

_____
The Honorable Richard Seeborg
United States District